## J. D. LAYTON v. A. S. LEE.[1]

### August 2, 1920.

### No. 22,052.

**Motion to dismiss appeal granted.**

The notice of appeal stated the appeal was to the district court, but the bond filed recited that the appeal was to the supreme court. Motion to dismiss the appeal granted because an order for judgment is not appealable. [Reporter.]

Action in the municipal court of Minneapolis. From an order, C. L. Smith, J., defendant appealed. Respondent appeared specially for the purposes of the motion only and moved that the motion be dismissed. Motion granted.

*D. A. McVeety*, for appellant.

*R. L. Penney* and *Maxil D. Robb*, for respondent.

PER CURIAM.

In this action of unlawful detainer the municipal court of the city of Minneapolis found defendant guilty and ordered judgment to be entered for restitution. Before the entry of judgment, and without moving for a new trial, defendant appealed from the order made. The notice states that the appeal is to the district court, but the bond filed recites that the appeal is to this court.

Plaintiff's motion to dismiss must be granted, for, even were the misnomer of the court appealed to in the notice disregarded, the fact remains that the appeal is from an order for judgment, a nonappealable order.

Appeal dismissed.

[1]Reported in 178 N. W. 735.